IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD C. KOLESAR,

       Plaintiff,                          1:20cv0017 Erie
                                                LEAD CASE

       v.

BEST MADE COMPANY LLC,

       Defendant.

---

THOMAS KLAUS, RONALD C. KOLESAR,

       Plaintiffs,                         1:20cv0018 Erie
                                               MEMBER CASE

       v.

JEKYLLHYDE APPAREL LLC,

       Defendant.

---

RONALD C. KOLESAR,

       Plaintiff,                          1:20cv0019 Erie
                                               MEMBER CASE

       v.

GRAYERS AMERICA, INC.,

       Defendant.

---

RONALD C. KOLESAR,

       Plaintiff,                          1:20cv0020 Erie
                                               MEMBER CASE

       v.

KROTO INC.,
       Defendant.

| | |
|---|---|
| RONALD C. KOLESAR AND THOMAS KLAUS, | |
| Plaintiffs, | 20cv0021 Erie<br>MEMBER CASE |
| v. | |
| HUMAN UNLIMITED, INC. | |
| Defendant. | |

| | |
|---|---|
| RONALD C. KOLESAR, | |
| Plaintiff, | 1:20cv0024 Erie<br>MEMBER CASE |
| v. | |
| RUGGABLE LLC, | |
| Defendant. | |

| | |
|---|---|
| THOMAS KLAUS, RONALD C. KOLESAR, | |
| Plaintiffs, | 1:20cv0025 Erie<br>MEMBER CASE |
| v. | |
| BYLT, LLC, | |
| Defendant. | |

| | |
|---|---|
| THOMAS KLAUS, RONALD C. KOLESAR, | |
| Plaintiffs, | 1:20cv0031 Erie<br>MEMBER CASE |
| v. | |
| AETHER, LLC, | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 20cv0128<br>MEMBER CASE |
| v. | |
| LTD COMMODITIES, LLC, AMERIMARK DIRECT, LLC, | |
| Defendants. | |

| | |
|---|---|
| ROBERT JAHODA and THOMAS KLAUS, | |
| Plaintiffs, | 20cv0129<br>MEMBER CASE |
| v. | |
| CATCH SURFBOARD CO., LLC, | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA and THOMAS KLAUS, | |
| Plaintiffs, | 20cv0132<br>MEMBER CASE |
| v. | |
| THE CITIZENRY, INC., | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA and THOMAS KLAUS | |
| Plaintiffs, | 20cv0143<br>MEMBER CASE |
| v. | |
| TAYLOR STITCH, LLC, | |
| Defendant. | |

ROBERT JAHODA,

        Plaintiff,                  20cv0166
                                          MEMBER CASE

        v.

RUMPL, INC.,

        Defendant.

THOMAS KLAUS, ROBERT JAHODA,

        Plaintiffs,                 20cv0167
                                          MEMBER CASE

        v.

OUTERKNOWN, LLC,

        Defendant.

ROBERT JAHODA,

        Plaintiff,                  20cv0168
                                          MEMBER CASE

        v.

TOPIX PHARMACEUTICALS INC.,

        Defendant.

THOMAS KLAUS *And* ROBERT JAHODA

        Plaintiffs,                 20cv0184
                                          MEMBER CASE

        v.

DUCK HEAD APPAREL COMPANY, INC.
*c/o K. Scott Grassmyer*,

        Defendant.

ROBERT JAHODA

        Plaintiff,        20cv0185
                                                          MEMBER CASE

                v.

BRANDLESS, INC.,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,        20cv0190
                                                          MEMBER FILED

                v.

TYPSY ELVES LLC,

        Defendant.

---

THOMAS KLAUS, ROBERT JAHODA,

        Plaintiff,       20cv0191
                                                          MEMBER FILED

                v.

UPRIGHT TECHNOLOGIES, INC.,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,       20cv0192
                                                          MEMBER FILED

                v.

ABG-TRETORN, LLC,

        Defendant.

**ORDER OF COURT**

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. Civil Action Nos. 20-18 Erie, 20-19 Erie, 20-20 Erie, 20-21 Erie, 20-24 Erie, 20-25 Erie, 20-31 Erie, 20-128, 20-129, 20-132, 20-143, 20-166, 20-167, 20-168, 20-184, 20-185, 20-190, 20-191 and 20-192.
are hereby consolidated with **Civil Action No. 20-17 Erie**, the lead case as captioned above.

1. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 20-17 Erie**.

2. The Clerk of Court shall **close** Civil Action Nos. 20-18 Erie, 20-19 Erie, 20-20 Erie, 20-21 Erie, 20-24 Erie, 20-25 Erie, 20-31 Erie, 20-128, 20-129, 20-132, 20-143, 20-166, 20-167, 20-168, 20-184, 20-185, 20-190, 20-191 and 20-192.

.

**SO ORDERED** this 12th day of February, 2020.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge