IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>    Plaintiff,<br><br>v.<br><br>BEST MADE COMPANY LLC,<br><br>    Defendant. | Case No. 1:20-cv-0017<br>Erie Division<br><br>LEAD CASE |
| ROBERT JAHODA,<br><br>    Plaintiff,<br><br>v.<br><br>TOPIX PHARMACEUTICALS INC.,<br><br>    Defendant. | Case No. 2:20-cv-0168<br>Pittsburgh Division<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Robert Jahoda, by and through his undersigned counsel, and hereby advises this Honorable Court he has reached an agreement in principle with Defendant, Topix Pharmaceuticals Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

                                */s/ Kevin W. Tucker*
                                R. Bruce Carlson
                                Kevin W. Tucker
                                Carlson Lynch, LLP
                                1133 Penn Avenue, 5th Floor
                                Pittsburgh, PA 15222
                                T. (412) 322-9243

                                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  I, Kevin W. Tucker, hereby certify that on February 13, 2020, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

               Respectfully Submitted,

           By: */s/ Kevin W. Tucker*
              Kevin W. Tucker (PA Bar No. 312144)