IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BEST MADE COMPANY LLC,<br><br>　　　　Defendant. | Case No. 1:20-cv-0017<br>Erie Division<br><br>LEAD CASE |
| RONALD C. KOLESAR,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RUGGABLE LLC,<br><br>　　　　Defendant. | Case No. 1:20-cv-0024<br>Erie Division<br><br>MEMBER CASE |

## **NOTICE OF SETTLEMENT**

　　　Plaintiff Ronald C. Kolesar, by and through his undersigned counsel, hereby advises this Honorable Court he has reached an agreement in principle with Defendant Ruggable LLC that would resolve the pending litigation. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

　　　　　　　　　　　　　　　　　　*/s/ Kevin W. Tucker*
　　　　　　　　　　　　　　　　　　R. Bruce Carlson
　　　　　　　　　　　　　　　　　　Kevin W. Tucker (He/Him/His)
　　　　　　　　　　　　　　　　　　PA Bar No. 312144
　　　　　　　　　　　　　　　　　　Carlson Lynch, LLP
　　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　T. (412) 322-9243

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on March 9, 2020, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ Kevin W. Tucker*
Kevin W. Tucker
PA Bar No. 312144