IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>      Plaintiff,<br><br>v.<br><br>BEST MADE COMPANY LLC,<br><br>      Defendant. | Case No. 1:20-cv-0017<br>Erie Division<br><br>LEAD CASE |
| THOMAS KLAUS and RONALD C. KOLESAR,<br><br>      Plaintiffs,<br><br>v.<br><br>JEKYLLHYDE APPAREL LLC,<br><br>      Defendant. | Case No. 1:20-cv-0018<br>Erie Division<br><br>MEMBER CASE |

## **NOTICE OF SETTLEMENT**

COMES NOW Plaintiffs Thomas Klaus and Ronald C. Kolesar, by and through their undersigned counsel, and hereby advise this Honorable Court they have reached an agreement in principle with Defendant, Jekyllhyde Apparel LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

                                              */s/ Kevin W. Tucker*

                                              R. Bruce Carlson
                                              Kevin W. Tucker
                                              Carlson Lynch, LLP
                                              1133 Penn Avenue, 5th Floor
                                              Pittsburgh, PA 15222
                                              T. (412) 322-9243

                                              *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, Esquire, hereby certify that on March 11, 2020, a true and correct copy of the foregoing Notice of Settlement was filed electronically and is available for viewing and downloading from the Court's ECF system. I certify also a true and correct copy will also be served upon the following via email:

>Scott MacDonald
>Dixon & MacDonald, P.C.
>24901 Northwestern Hwy., Ste. 200
>Southfield, MI 48075
>T (248) 865-8866
>F (248) 865-8822
>scottmac@dixon-macdonald.com

Respectfully Submitted,

By: */s/ Kevin W. Tucker*
Kevin W. Tucker (PA Bar No. 312144)