IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>Plaintiff,<br><br>v.<br><br>BEST MADE COMPANY LLC,<br><br>Defendant. | Lead Case No. 1:20-cv-0017-AJS |
| THOMAS KLAUS and ROBERT JAHODA,<br><br>Plaintiffs,<br><br>v.<br><br>DUCK HEAD APPAREL COMPANY, INC.,<br><br>Defendant. | Member Case No. 2:20-cv-00184-AJS |

**REQUEST TO ENTER DEFAULT**

To the Clerk of the U.S. District Court for the Western District of Pennsylvania:

You will please enter the default of Defendant, Duck Head Apparel Company, Inc., for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the record and from the affidavit of R. Bruce Carlson, which is attached hereto.

*/s/ R. Bruce Carlson*
R. Bruce Carlson

AND NOW, THIS 13th DAY OF March, 2020, pursuant to request to enter default and affidavit filed, default is entered against Defendant for failure to plead or otherwise defend.

BY THE CLERK:



s/ Joshua C. Lewis

Clerk of the U.S. District Court for the Western District of Pennsylvania

## **CERTIFICATE OF SERVICE**

  I, R. Bruce Carlson, Esquire, hereby certify that on March 11, 2020, a true and correct copy of the foregoing Request to Enter Default was filed electronically and is available for viewing and downloading from the Court's ECF system. I certify also that a true and correct copy will also be served upon the following via FedEx and email:

Duck Head Apparel Company, Inc.
c/o Oxford Industries, Inc.
c/o CT Corporation System
289 S Culver St.
Lawrenceville, GA 30046-4805
customerservice@duckhead.com

        Respectfully submitted this 11th day of March, 2020,

        */s/ R. Bruce Carlson*
        R. Bruce Carlson, Esq.