IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>   Plaintiff,<br><br> v.<br><br>BEST MADE COMPANY LLC,<br><br>   Defendant. | Case No. 1:20-cv-0017<br>Erie Division<br><br>LEAD CASE |
| ROBERT JAHODA,<br><br>   Plaintiff,<br><br> v.<br><br>BRANDLESS, INC.,<br><br>   Defendant. | Case No. 2:20-cv-00185<br>Pittsburgh Division<br><br>MEMBER CASE |

## <u>NOTICE OF SETTLEMENT</u>

COMES NOW Plaintiff Robert Jahoda, by and through his undersigned counsel, and hereby advises this Honorable Court he has reached an agreement in principle with Defendant, Brandless, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

*/s/ R. Bruce Carlson*

R. Bruce Carlson
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243

*Attorney for Plaintiff*

## **<u>CERTIFICATE OF SERVICE</u>**

I, R. Bruce Carlson, Esquire, hereby certify that on March 17, 2020, a true and correct copy of the foregoing Notice of Settlement was filed electronically and is available for viewing and downloading from the Court's ECF system. I certify also a true and correct copy will also be served upon the following via email:

Chieh Tung
Fenwick & West LLP
ctung@fenwick.com

Respectfully Submitted,

By:   */s/ R. Bruce Carlson*
      R. Bruce Carlson