IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BEST MADE COMPANY LLC,<br><br>　　　　Defendant. | Case No. 1:20-cv-0017<br>Erie Division<br><br>LEAD CASE |
| ROBERT JAHODA and THOMAS KLAUS,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CATCH SURFBOARD CO., LLC,<br><br>　　　　Defendant. | Case No. 2:20-cv-0129<br>Pittsburgh Division<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiffs Robert Jahoda and Thomas Klaus, by and through their undersigned counsel, and hereby advise this Honorable Court they have reached an agreement in principle with Defendant, Catch Surfboard Co., LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

　　　　　　　　　　　　　　　　　　*/s/ R. Bruce Carlson*
　　　　　　　　　　　　　　　　　　R. Bruce Carlson
　　　　　　　　　　　　　　　　　　Carlson Lynch, LLP
　　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　T. (412) 322-9243

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, R. Bruce Carlson, hereby certify that on March 24, 2020, a true and correct copy of the foregoing Notice of Settlement was filed electronically and is available for viewing and downloading from the Court's ECF system. I certify also a true and correct copy will also be served upon the following via email:

Trajan Perez
Miller Nash Graham & Dunn LLP
340 Golden Shore, Suite 450
Long Beach, CA 90802
T. (562) 247-7623
Trajan.perez@millernash.com

Respectfully Submitted,

By:  */s/ R. Bruce Carlson*
R. Bruce Carlson