IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEST MADE COMPANY LLC,<br><br>　　　　Defendant. | Case No. 1:20-cv-0017<br>Erie Division<br><br>LEAD CASE |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Ronald C. Kolesar hereby voluntarily dismisses his claims against the Defendant, Best Made Company, LLC., without prejudice.

Respectfully submitted,

*/s/ R. Bruce Carlson*

R. Bruce Carlson
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243
bcarlson@carlsonlynch.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, R. Bruce Carlson, hereby certify that on April 13, 2020, I caused a true and correct copy of foregoing *Notice of Voluntary Dismissal* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ R. Bruce Carlson*
R. Bruce Carlson