IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>    Plaintiff,<br><br>v.<br><br>BEST MADE COMPANY LLC,<br><br>    Defendant. | Case No. 1:20-cv-0017<br>Erie Division<br><br>LEAD CASE |
| THOMAS KLAUS and ROBERT JAHODA,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITIZENRY, INC.,<br><br>    Defendant. | Case No. 2:20-cv-0132<br>Pittsburgh Division<br><br>MEMBER CASE |

## **NOTICE OF SETTLEMENT**

COMES NOW Plaintiffs Thomas Klaus and Robert Jahoda, by and through their undersigned counsel, and hereby advise this Honorable Court they have reached an agreement in principle with Defendant, The Citizenry, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers once complete.

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, R. Bruce Carlson, hereby certify that on May 5, 2020, a true and correct copy of the foregoing Notice of Settlement was filed electronically and is available for viewing and downloading from the Court's ECF system. I certify also a true and correct copy will also be served upon the following via email:

>Adam Merrill
>Polsinelli LLP
>One East Washington St.
>Suite 1200
>Phoenix, AZ 85004-2568
>T. 602.650.2313
>abmerrill@polsinelli.com

>Respectfully Submitted,

By: */s/ R. Bruce Carlson*
R. Bruce Carlson