IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>         Plaintiff,<br><br>     v.<br><br>BEST MADE COMPANY LLC,<br><br>         Defendant. | Case No. 1:20-cv-0017<br>Erie Division<br><br>LEAD CASE |
| THOMAS KLAUS and ROBERT JAHODA,<br><br>         Plaintiffs,<br><br>     v.<br><br>UPRIGHT TECHNOLOGIES, INC.,<br><br>         Defendant. | Case No. 2:20-cv-00191<br>Pittsburgh Division<br><br>MEMBER CASE |

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Ronald C. Kolesar and Robert Jahoda hereby voluntarily dismisses their claims against the Defendant, Upright Technologies Inc., with prejudice.

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243
bcarlson@carlsonlynch.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, R. Bruce Carlson, hereby certify that on May 27, 2020, I caused a true and correct copy of foregoing *Notice of Voluntary Dismissal* to be filed electronically and served via the Court's ECF system.

                                                Respectfully Submitted,

                            By:  */s/ R. Bruce Carlson*
                                  R. Bruce Carlson