IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>      Plaintiff,<br><br>v.<br><br>BEST MADE COMPANY LLC,<br><br>      Defendant. | Case No. 1:20-cv-0017<br>Erie Division<br><br>LEAD CASE |
| RONALD C. KOLESAR,<br><br>      Plaintiff,<br><br>v.<br><br>KROTO, INC.,<br><br>      Defendant. | Case No. 1:20-cv-00020<br>Pittsburgh Division<br><br>MEMBER CASE |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Ronald C. Kolesar hereby voluntarily dismisses his claims against the Defendant, Kroto Inc., with prejudice.

Respectfully submitted,

*/s/ R. Bruce Carlson*

R. Bruce Carlson
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243
bcarlson@carlsonlynch.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, R. Bruce Carlson, hereby certify that on June 4, 2020, I caused a true and correct copy of foregoing *Notice of Voluntary Dismissal* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ R. Bruce Carlson*
R. Bruce Carlson