IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>          Plaintiff,<br><br>     v.<br><br>BEST MADE COMPANY LLC,<br><br>          Defendant. | Case No. 1:20-cv-0017<br>Erie Division<br><br>LEAD CASE |
| THOMAS KLAUS and RONALD C. KOLESAR,<br><br>          Plaintiff,<br><br>     v.<br><br>AETHER, LLC.,<br><br>          Defendant. | Case No. 1:20-cv-0031<br>Pittsburgh Division<br><br>MEMBER CASE |

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Thomas Klaus and Ronald C. Kolesar hereby voluntarily dismiss their claims against the Defendant, Aether, LLC. with prejudice.

          Respectfully submitted,

          */s/ R. Bruce Carlson*

          R. Bruce Carlson
          Carlson Lynch, LLP
          1133 Penn Avenue, 5th Floor
          Pittsburgh, PA 15222
          T. (412) 322-9243
          bcarlson@carlsonlynch.com

          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, R. Bruce Carlson, hereby certify that on June 16, 2020, I caused a true and correct copy of foregoing *Notice of Voluntary Dismissal* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ R. Bruce Carlson*
R. Bruce Carlson