IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>       Plaintiff,<br><br>  v.<br><br>BEST MADE COMPANY LLC,<br><br>      Defendant. | Case No. 1:20-cv-0017<br>Erie Division<br><br>**LEAD CASE** |
| THOMAS KLAUS and RONALD C.<br>KOLESAR,<br><br>       Plaintiff,<br><br>  v.<br><br>BYLT, LLC.,<br><br>      Defendant. | Case No. 1:20-cv-0025<br>Pittsburgh Division<br><br>**MEMBER CASE** |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Thomas Klaus and Ronald C. Kolesar

hereby voluntarily dismiss their claims against the Defendant, Bylt, LLC. with prejudice.


Respectfully submitted,

*/s/ R. Bruce Carlson*

R. Bruce Carlson
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243
bcarlson@carlsonlynch.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, R. Bruce Carlson, hereby certify that on June 16, 2020, I caused a true and correct copy of foregoing *Notice of Voluntary Dismissal* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By:   */s/ R. Bruce Carlson*
        R. Bruce Carlson