IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>              Plaintiff,<br><br>     v.<br><br>BEST MADE COMPANY LLC,<br><br>              Defendant. | Case No. 1:20-cv-0017<br>Erie Division<br><br>LEAD CASE |
| ROBERT JAHODA,<br><br>              Plaintiff,<br><br>     v.<br><br>ABG-TRETORN, LLC,<br><br>              Defendant. | Case No. 2:20-cv-00192<br>Pittsburgh Division<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Robert Jahoda, by and through his undersigned counsel, and hereby advises this Honorable Court he has reached an agreement in principle with Defendant, ABG-Tretorn, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

*/s/ R. Bruce Carlson*

R. Bruce Carlson
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, R. Bruce Carlson, hereby certify that on June 18, 2020, a true and correct copy of the foregoing Notice of Settlement was filed electronically and is available for viewing and downloading from the Court's ECF system. I certify also a true and correct copy will also be served upon the following via email:

Michael H. Bassiri
mb@bassirilaw.com

Respectfully Submitted,

By: */s/ R. Bruce Carlson*
R. Bruce Carlson