IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>    Plaintiff,<br><br>v.<br><br>BEST MADE COMPANY LLC,<br><br>    Defendant. | Case No. 1:20-cv-0017<br>Erie Division<br><br>LEAD CASE |
| THOMAS KLAUS and ROBERT JAHODA,<br><br>    Plaintiffs,<br><br>v.<br><br>DUCK HEAD APPAREL COMPANY, INC.,<br><br>    Defendant. | Member Case No. 2:20-cv-00184-AJS |

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Robert Jahoda and Thomas Klaus hereby voluntarily dismiss their claims against the Defendant, Duck Head Apparel Company, Inc., without prejudice.

Respectfully submitted,

*/s/ R. Bruce Carlson*

R. Bruce Carlson
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243
bcarlson@carlsonlynch.com

## **CERTIFICATE OF SERVICE**

I, R. Bruce Carlson, hereby certify that on June 18, 2020, I caused a true and correct copy of foregoing *Notice of Voluntary Dismissal* to be filed electronically and served via the Court's ECF system.

                                              Respectfully Submitted,

                              By: */s/ R. Bruce Carlson*
                                        R. Bruce Carlson